John Burton, State Bar No. 86029
jb@JohnBurtonLaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
(626) 449-8300

Peter B. Schlueter, State Bar No. 155880
schlueterlawoffice@yahoo.com
SCHLUETER LAW FIRM, PC
3333 Durahart Street
Riverside, California 92507
(909) 381-4888

Attorneys for Plaintiff Anthony Palacios

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PALACIOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF WEST COVINA, MATTHEW BOWMAN, JESSE MILLER, STEPHANIE WAIDLEY, and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:19-01370-cv-CBM (Ex)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br>[Fed. R. Civ. P. 41(a)(1)(ii)]   [JS-6] |

Based on the parties' stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Court orders the dismissal of this entire action, including all claims against each defendant, with prejudice. The parties bear their own fees and costs.

Dated: May 13, 2020

_____
Hon. Consuelo B. Marshall
United States District Judge